# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TRACIE M. VASSEUR                               Case Number: 04-72243
331 NORTHWAY PARK RD #5
MACHESNEY PARK, IL 61115               SSN-xxx-xx-7334

Case filed on: 4/27/2004
Plan Confirmed on: 6/25/2004

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $5,750.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 998 | TRACIE M. VASSEUR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ROCKFORD MUNICIPAL EMPLOYEES | 3,900.00 | 3,900.00 | 2,140.95 | 1,857.49 |
|  | Total Secured | 3,900.00 | 3,900.00 | 2,140.95 | 1,857.49 |
| 001 | M&I MARSHALL & ILSLEY BANK | 22,171.85 | 0.00 | 0.00 | 0.00 |
| 002 | ROCKFORD MUNICIPAL EMPLOYEES | 3,405.30 | 0.00 | 0.00 | 0.00 |
| 003 | MORTG ELECTRONIC REGISTRATION SYS | 3,835.61 | 0.00 | 0.00 | 0.00 |
| 004 | B-FIRST LLC | 26,293.09 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 11,893.81 | 0.00 | 0.00 | 0.00 |
| 006 | ROCKFORD MUNICIPAL EMPLOYEES | 1,744.26 | 0.00 | 0.00 | 0.00 |
| 007 | CLAYTON VASSEUR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 69,343.92 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 74,607.92 | 5,264.00 | 3,504.95 | 1,857.49 |

Total Paid Claimant:     $5,362.44
Trustee Allowance:       $387.56         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00       discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just. Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 05/14/2008          By  /s/Heather M. Fagan